```
                                                    FILED
                                              U.S. DISTRICT COURT
                                                SAVANNAH DIV.
          IN THE UNITED STATES DISTRICT COURT FOR
             THE SOUTHERN DISTRICT OF GEORGIA      2012 NOV 19  PM 2:42
                      SAVANNAH DIVISION

                                                   CLERK_____
JAMES A. BIGGLEST,              )                    SO. DIST. OF GA.
                                )
     Plaintiff,                 )
                                )
v.                              )    CASE NO. CV412-240
                                )
THE MAYOR AND ALDERMAN OF THE   )
CITY OF SAVANNAH, JOSEPH        )
SHEAROUSE, PEARSON DELOACH,     )
CHRIS FORAN, and MARY BETH      )
ROBINSON,                       )
                                )
     Defendants.                )
                                )
```

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.[1] The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 19th day of November 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As a result, Plaintiff's motion (Doc. 6) is **DISMISSED AS MOOT**.