IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JAMES A. BIGGLEST,

    Plaintiff,

v.

CASE NO. CV412-240

THE MAYOR AND ALDERMAN OF THE CITY OF SAVANNAH, JOSEPH SHEAROUSE, PEARSON DELOACH, CHRIS FORAN, and MARY BETH ROBINSON,

    Defendants.

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.[1] The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 19th day of November 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As a result, Plaintiff's motion (Doc. 6) is **DISMISSED AS MOOT**.