FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 MAY -6 PM 4:5

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JAMES A. BIGGLEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. CV412-240 |
| | ) | |
| THE MAYOR AND ALDERMAN OF THE | ) | |
| CITY OF SAVANNAH, JOSEPH | ) | |
| SHEAROUSE, PEARSON DELOACH, | ) | |
| CHRIS FORAN, and MARY BETH | ) | |
| ROBINSON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## O R D E R

Before the Court is Plaintiff James A. Bigglest's Motion to Change Venue, which was filed on January 4, 2013. (Doc. 12.) This Court dismissed Plaintiff's case and entered judgment on November 19, 2012. (Doc. 7; Doc. 8.) Accordingly, Plaintiff's motion is **DISMISSED AS MOOT**.

SO ORDERED this 6th day of May 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA