FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2013 JUL 15 AM 11: 11

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| JAMES A. BIGGLEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. CV412-240 |
| | ) | |
| THE MAYOR AND ALDERMAN OF THE | ) | |
| CITY OF SAVANNAH, JOSEPH | ) | |
| SHEAROUSE, PEARSON DELOACH, | ) | |
| CHRIS FORAN, and MARY BETH | ) | |
| ROBINSON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**O R D E R**

Before the Court is Plaintiff's Motion for Leave to Appeal In Forma Pauperis. (Doc. 18.) Pursuant to 28 U.S.C. § 1915(a)(1), this Court may allow Plaintiff to proceed on appeal without prepayment of fees if he submits an affidavit that includes a statement of all his assets and shows that he is unable to pay such fees or give security therefor. However, "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3); see Fed. R. App. P. 24(a)(3)(A). After careful consideration, the Court finds that this appeal is

frivolous  and  not  taken  in  good  faith.    Accordingly,

Plaintiff's motion is **DENIED**.[1]

SO ORDERED this ___15th___ day of July 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1]  Plaintiff's  construed  Notice  of  Appeal  (Doc.  15)  was
originally  docketed  as  a  motion  (Doc.  13).    Accordingly,
Plaintiff's  docketed  entry  as  a  motion  is  **DISMISSED AS
MOOT**.