FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 JUL 15 AM 11: 11

CLERK
SO. DIST. OF GA.

## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

JAMES A. BIGGLEST,                    )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )    CASE NO. CV412-240
                                      )
THE MAYOR AND ALDERMAN OF THE        )
CITY OF SAVANNAH, JOSEPH              )
SHEAROUSE, PEARSON DELOACH,           )
CHRIS FORAN, and MARY BETH            )
ROBINSON,                             )
                                      )
        Defendants.                   )
                                      )

### O R D E R

Before the Court is Plaintiff's Motion for Leave to Appeal In Forma Pauperis. (Doc. 18.) Pursuant to 28 U.S.C. § 1915(a)(1), this Court may allow Plaintiff to proceed on appeal without prepayment of fees if he submits an affidavit that includes a statement of all his assets and shows that he is unable to pay such fees or give security therefor. However, "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3); see Fed. R. App. P. 24(a)(3)(A). After careful consideration, the Court finds that this appeal is

frivolous and not taken in good faith. Accordingly, Plaintiff's motion is **DENIED**.[1]

SO ORDERED this _15th_ day of July 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff's construed Notice of Appeal (Doc. 15) was originally docketed as a motion (Doc. 13). Accordingly, Plaintiff's docketed entry as a motion is **DISMISSED AS MOOT**.